IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK RIVERA,

      Plaintiff,

vs.                                                   No. 2011-CIV-00054 ACT/WDS

STATE OF NEW MEXICO
CORRECTIONS DEPARTMENT,

      Defendant.

## ORDER

This matter is before the Court on Defendant's Motion for Leave to File Amended Answer ("Motion to Amend")[Doc. 9] filed on March 9, 2011.  Defendant states in the opening paragraph of the Motion to Amend that the Motion is "unopposed." [*Id.* at p. 1.]  In paragraph 4 of the Motion to Amend Defendant contradicts this assertion and states that the "Plaintiff opposes this Motion." [*Id* .] The undersigned will treat this Motion to Amend as opposed.

The Court, having received no response from the Plaintiff, will grant this Motion to Amend pursuant to D.N.M.LR 7.1(b).

      **IT IS ORDERED** that Defendants' Motion for Leave to File Amended Answer is GRANTED.  Defendants have until April 15, 2011 to file their Amended Answer.

*[signature]*
**ALAN C. TORGERSON**
**United States Magistrate Judge**