IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK RIVERA,

       Plaintiff,

vs.                                       No. CIV-11-54  ACT/WDS

STATE OF NEW MEXICO
CORRECTIONS DEPARTMENT,

       Defendant.

## MEMORANDUM OPINION AND ORDER

THIS MATTER is before the Court on the parties' Joint Motion for Extension of Deadlines for Discovery and Motion Filing [Doc. 49]. The Court will grant the Motion, as outlined by the parties in their Motion, as follows.

1. The motion filing deadline is extended to January 5, 2012.

2. The discovery deadline is extended through January 31, 2012.

3. The Rule 16 Settlement Conference before the Honorable W. Daniel Schneider set for January 11, 2012 will proceed as scheduled.

IT IS SO ORDERED.

                                                                  _____
                                                            Alan C. Torgerson
                                                            United States Magistrate Judge, presiding